IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia          County:   Philadelphia

City and State of Defendant:   Charlotte, North Carolina
County:  Mecklenburg          Register Number:  N/A

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office: Philadelphia          County:   Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?
YES

Case Number:   24-380, 25-495, 25-509, 25-508, 25-523    Judge:  Quinones

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust

2. ○ Income Tax and other Tax Prosecutions

3. ○ Commercial Mail Fraud

4. ○ Controlled Substances

5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6. ● General Criminal
   **18 U.S.C. § 224 (bribery in sporting contests – 1 count); 18 U.S.C. § 1349 (conspiracy to commit wire fraud – 1 count);  18 U.S.C. § 1343 (wire fraud – 3 counts); 18 U.S.C. § 2 (aiding and abetting); Notices of Forfeiture**

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)


DATE:   January 14, 2026            /s/ Louis D. Lappen
                                    LOUIS D. LAPPEN
                                    Assistant United States Attorney

                                    /s/ Jerome M. Maiatico
                                    JEROME M. MAIATICO
                                    Assistant United States Attorney

File No. 2026-00008
US v. Jalen Smith, et al.

**ADDITIONAL DEFENDANTS**
Marves Fairley – Carson, Mississippi
Shane Hennen – Las Vegas, Nevada
Roderick Winkler – Little Rock, Arkansas
Alberto Laureano – Bronx, New York
Arlando "Mo" Arnold – Picayune, Mississippi
Simeon Cottle – Fairburn, Georgia
Kevin Cross – Edinburg, Texas
Bradley Ezewiro – Los Angeles, California
Shawn Fulcher – Brooklyn, New York
Carlos Hart – Miami, FL
Markeese Hastings – Grand Rapids, Michigan
Cedquavious Hunter a/k/a Daequone, Dae Dae – Como, Mississippi
Oumar Koureissi – New York, New York
Da'Sean Nelson – Chicago, Illinois
Demond Robinson – Montgomery, Alabama
Camian Shell – Winston-Salem, North Carolina
Dyquavion "Jah" Short – Greenville, North Carolina
Airion Simmons – Little Rock, Arkansas
Jalen Terry – Ypsilanti, Mississippi