IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. |
| CERTAIN PERSONS | : |

**ORDER**

AND NOW, this 14th day of JANUARY, 2026, upon consideration of the Government's Motion to Impound Indictment, and accompanying docket papers, and after balancing the public right of access to court documents with the government's interest in protecting an ongoing criminal investigation and protecting against the risk of the defendants fleeing prior to arrest in this matter, it is hereby

**ORDERED**

that the within indictment and accompanying docket papers are IMPOUNDED and are to be retained in the custody of the Clerk of Court until notified by the United States Attorney that the defendants have been arrested and the indictment can be unimpounded, except that the Clerk is authorized to disclose to the attorney for the government the docket number and district court judge assigned to the case, and the attorney for the government is authorized to disclose the indictment to the district court judge assigned to the case. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Louis D. Lappen and Jerome M. Maiatico, Assistant United States Attorneys.

IT IS FURTHER ORDERED THAT, the Clerk is directed upon notice from the United States Attorney's Office to remove the docket papers hereby impounded and restore the same to the public docket.

BY THE COURT:

_____
HONORABLE CRAIG M. STRAW
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO.** |
| **CERTAIN PERSONS** | : | |

### MOTION TO IMPOUND INDICTMENT

The United States of America, by and through its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, Louis D. Lappen and Jerome M. Maiatico, Assistant United States Attorneys for the District, moves to impound the within documents and in support of its Motion states as follows:

1. The within indictment, and accompanying docket papers, are documents which, if made public would jeopardize the government's interest in protecting an ongoing criminal investigation and protecting against the risk of the defendants fleeing prior to arrest in this matter.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to protecting an ongoing criminal investigation and protecting against the defendants fleeing prior to arrest, are traditionally conducted ex parte and in camera, with deference to the government's determination that the information should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in not jeopardizing ongoing criminal investigation and in protecting against the risk of the defendants fleeing prior to arrest in this matter, the government respectfully requests that the government's Motion be GRANTED. The government further

requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Ashley N. Martin and Kwambina I. Coker, Assistant United States Attorneys. It is further requested that the indictment shall be unimpounded upon notice of the United States Attorney that the defendants have been arrested.

                Respectfully submitted,

                DAVID METCALF
                United States Attorney


                /s/ Louis D. Lappen
                LOUIS D. LAPPEN
                Assistant United States Attorney

                /s/ Jerome M. Maiatico
                JEROME M. MAIATICO
                Assistant United States Attorney