IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| JALEN TERRY | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 14TH day of January, 2026, on motion of David Metcalf, United States Attorney, and Louis D. Lappen and Jerome M. Maiatico, Assistant United States Attorneys, for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE CRAIG M. STRAW
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| JALEN TERRY | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 14TH day of JANUARY , 2026, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Louis D. Lappen and Jerome M. Maiatico, Assistant United States Attorneys, move the Court for the issuance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Louis D. Lappen
LOUIS D. LAPPEN
Assistant United States Attorney

/s/ Jerome M. Maiatico
JEROME M. MAIATICO
Assistant United States Attorney