# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>JALEN TERRY<br>*Defendant* | )<br>)  Case No.  26-23-20<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JALEN TERRY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:224 BRIBERY IN SPORTING CONTESTS
18:1349 CONSPIRACY TO COMMIT WIRE FRAUD

Date: 01/14/2026

City and state: PHILADELPHIA, PA

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 01/14/2026, and the person was arrested on *(date)* 01/15/2026
at *(city and state)* Flint, Michigan.

Date: 01/15/2026

*Arresting officer's signature*

Robert McDonald, SA, FBI
*Printed name and title*