AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

United States of America
v.

DYQUAVION SHORT
a/k/a/ "JAH"
*Defendant*

Case No. 26-23-18

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DYQUAVION SHORT a/k/a "JAH",

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:224 BRIBERY IN SPORTING CONTESTS
18:1349 CONSPIRACY TO COMMIT WIRE FRAUD

Date: 01/14/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

### Return

This warrant was received on *(date)* 1/14/26, and the person was arrested on *(date)* 1/15/26
at *(city and state)* Greenville NC.

Date: 1/15/26

*Arresting officer's signature*

Rodney McCarter - FBI SA
*Printed name and title*