# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| *Plaintiff* : | |
| : | |
| v. : | **CRIMINAL NO.: 26-CR-23-12** |
| **MARKEESE HASTINGS** : | |
| Out of custody : | |
| *Defendant* : | |

## NOTICE OF ARRAIGNMENT/INITIAL APPEARANCE

1.     **TAKE NOTICE** that you have been indicted by the Grand Jury.  A copy of the indictment is enclosed.  A warrant for your arrest has been issued and is in the possession of the United States Marshal.

2.     You are notified to appear before **THE HONORABLE JUDGE JOSÉ R. ARTEAGA** for an:

☒ **ARRAIGNMENT** on **JANUARY 22, 2026**, at **1:30 p.m.** in Courtroom No. 5B. 5th Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

☐ **INITIAL APPEARANCE** before **THE HONORABLE JUDGE NAME**, on DATE, at TIME in Courtroom No. XX, ## Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

3.     In order for the court to be provided with verified information regarding community and family ties in connection with the bail determination process, it is important that you contact the Pretrial Services Agency at 267-299-4400 immediately.  You will not be questioned concerning the offense for which you are charged and the information that you provide will be used for bail purposes only.

4.     If you fail to appear at the   ☒ **ARRAIGNMENT**   ☐ **INITIAL APPEARANCE** pursuant to this notice, you will be subject to arrest by the United States Marshal.

5.     Please consult with your attorney before the date fixed for arraignment.  **NOTE**:  **If you do not have an attorney and cannot afford to hire one, an attorney will be appointed for you by the Court.  If you want an attorney to be appointed for you, take these papers immediately to the office of the Defender Association, Suite 540 West, 601 Walnut Street, Philadelphia, Pennsylvania, 19106, 215-928-1100**.  If you qualify for an appointment of counsel, the Court will appoint either the Defender Association or a member of the Federal Defense Panel.

☐ A     INTERPRETER  REQUIRED.

This case has been assigned to
**THE HONORABLE NITZA I. QUIÑONES ALEJANDRO**
**United States District Court Judge**

For information communicate with
Nicole Phillippi**, Courtroom Deputy**
**Phone: 267-299-7461**
**Email: Nicole_Phillippi@paed.uscourts.gov**

NOTICE TO:     Magistrate Judge
Defendant
AFD/Attorney
AUSA
United States Marshal
Pretrial Services
Interpreter Coordinator