IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 26-cr-23 |
| v. | : | |
| Jalen Smith, et al., | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of *David L. Axelrod*, Esquire, on behalf of Defendant Carlos Hart.

**Ballard Spahr LLP**

By: /s/ *David L. Axelrod*

David L. Axelrod, Esquire, ID# 323792
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 864-8639
Email: axelrodd@ballardspahr.com

*Attorney for Defendant Carlos Hart*

Dated: January 16, 2026