IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | |
| MR. SHAWN FULCHER | : | CRIMINAL No.: 2:26-CR-00023-NIQA-10 |

## Entry of Appearance

TO THE PROTHONOTARY:

    Please accept this as Defense Counsel's Entry of Appearance on behalf of Mr. Shawn Fulcher, in the above-caption case.

    Respectfully,

/s/Angelo L. Cameron, Esquire
PA. SUPREME CT. I.D # 51058
A. LEE CAMERON, LLC
100 SOUTH BROAD STREET, SUITE 1830
PHILADELPHIA, PA. 19110
215-880-5162
E-MAIL: angelocameron@msn.com

01/20/2026

## CERTIFICATE OF SERVICE

    I, Angelo L. Cameron, Esq. do hereby certify that a true and correct copy of the foregoing attached Entry of Appearance has been served via the Court's Electronic Filing (ECF) system, which was sent to Jerome M. Maiatico, AUSA via E-mail Jerome.maiatico@usdoj.gov and Louis D. Lappen AUSA via E-mail louis.lappen@usdoj.gov

                                                   /S/Angelo L. Cameron, Esq.

01/20/2026