# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.

AIRION SIMMONS
*Defendant*

Case No. 26-23-19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AIRION SIMMONS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:224 BRIBERY IN SPORTING CONTESTS
18:1349 CONSPIRACY TO COMMIT WIRE FRAUD

Date: 01/14/2026

s/ JIMMY CRUZ, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

### Return

This warrant was received on *(date)* 1/14/26, and the person was arrested on *(date)* 1/15/26
at *(city and state)* Little Rock, Arkansas.

Date: 1/15/26

*Arresting officer's signature*

Special Agent Nick Kash
*Printed name and title*