UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 26-23 - 13

CEDQUAVIOUS HUNTER :

CEDQUAVIOUS HUNTER, the above-named defendant, charged in an indictment at Criminal No. 26-23 with one count of 18 U.S.C. §§ 224 (bribery in sporting contests) and 2 (aiding and abetting), and one count of 18 U.S.C. § 1349 (conspiracy to commit wire fraud), hereby waives (gives up) his right to appear in person at an initial appearance and arraignment in the Eastern District of Pennsylvania, and consents to appearing by video teleconference. CEDQUAVIOUS HUNTER acknowledges that he has received a copy of the indictment, has reviewed it with his attorney, and is entering a plea of not guilty.

_____
CEDQUAVIOUS HUNTER
Defendant

_____
MICHAEL HUFF, ESQ.
Counsel for Defendant