UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 26-23-2

Marves Fairley :

MARVES FAIRLEY, the above-named defendant, charged in an indictment at Criminal No. 26-23 with one count of 18 U.S.C. §§ 224 (bribery in sporting contests) and 2 (aiding and abetting), one count of 18 U.S.C. § 1349 (conspiracy to commit wire fraud); and three counts of 18 U.S.C. § 1343 (wire fraud), hereby waives (gives up) his right to appear in person at an initial appearance and arraignment in the Eastern District of Pennsylvania, and consents to appearing by video teleconference. MARVES FAIRLEY acknowledges that he has received a copy of the indictment, has reviewed it with his attorney, and is entering a plea of not guilty.

_____
MARVES FAIRLEY
Defendant

_____
ERIC W. SIEGLE, ESQ.
Counsel for Defendant