AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN CROSS<br>*Defendant* | )<br>) Case No.   26-23-8<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEVIN CROSS,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18:224 - BRIBERY IN SPORTING CONTESTS;
18:1349 - CONSPIRACY TO COMMIT WIRE FRAUD;
18:2 - AIDING AND ABETTING

Date:   01/14/2026

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state:   PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/14/26, and the person was arrested on *(date)* 2/6/2026
at *(city and state)* Philadelphia, PA.

Date: 2/6/2026

*Arresting officer's signature*

Scott Baber  SA  FBI
*Printed name and title*