IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  |  | **DATE**: <u>February 27, 2026</u> |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : |  |
|  | : |  |
| **JALEN SMTIH** | : | NO.  26-23-1 |
| 1009 Druid Circle |  |  |
| Charlotte, NC 28206 |  |  |

### NOTICE OF HEARING

**TAKE NOTICE** that the defendant is scheduled for a **ARRAIGNMENT and PLEA HEARING on <u>March 9, 2026, at 10:00 a.m.</u>**, before the **Honorable Nitza I. Quiñones Alejandro** in **<u>Courtroom 8-B, 8th Floor</u>** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ **Hearing RESCHEDULED from:**

For additional information, please contact the undersigned.

By:          /s/ Nicole Phillippi
             Deputy clerk for Judge Quiñones
             Phone: 267-299-7461

cc via U.S. Mail:     Defendant
cc via email:         Rocco Cipparone, Esquire
                      Jerome M. Maiatico, AUSA
                      Louis D. Lappen, AUSA
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator