IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | |
| SHANE HENNEN | : | 26-23-3 |

# **O R D E R**

AND NOW, this 3rd day of March, 2026, upon the unopposed request via email of defense counsel, construed as a MOTION to modify bail conditions, it is HEREBY ORDERED that the motion is GRANTED and the travel restriction in my prior release order (ECF No. 208) is amended to allow travel within the continental United States, consistent with the travel restriction in the Eastern District of New York and the District of Nevada.
.

BY THE COURT:

/s/Elizabeth T. Hey

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE