**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NOS. 26-23-1** |
| | | **26-99** |
| **JALEN SMITH** | : | |
| *Defendant* | | |

**<u>ORDER</u>**

**AND NOW**, this 10th day of March 2026, upon consideration of the Government's *consent motion to consolidate*, ((Doc. 222 in Crim Act. 26-23) and (Doc. 9 in Crim Act. 26-99)), it is **ORDERED** that the motion is **GRANTED**. Accordingly, Criminal No. 26-23-01 as to Defendant Jalen Smith and Criminal No. 26-99 are consolidated for the purposes of plea and sentencing.

        **BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*