PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Jalen Smith                                                    Docket No. 26CR23 & 26CR99

Petition for Action on Conditions of Pretrial Release

COMES NOW, Phillip Harris, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Jalen Smith , who was placed under pretrial release supervision by the Honorable Nitza I. Quiñones Alejandro sitting in the Court at Philadelphia, on March 9, 2026, under the following conditions:

1) Report to Pretrial Services as directed.
2) Submit to random drug testing as directed by Pretrial Services.
3) Refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. 802, without a prescription by a licensed medical practitioner.
4) Undergo drug/alcohol treatment if necessary, as determined by Pretrial Services.
5) Surrender his/her passport to the Clerk of Court.
6) Refrain from applying for a passport.
7) Travel is restricted to the Continental United States.
8) Surrender/Do not possess firearms.
9) No contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity.
10) Maintain present employment.
11) Report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement, including arrests, questioning, or traffic stops.
12) Defendant must reside at a residence approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

1. While being supervised in the Central District of California, the defendant submitted a urine sample which tested positive for marijuana on July 16, 2026.

2. On July 21, 2026, the officer in the Central District of California advised the defendant informed her this is his last day in Los Angeles and he is moving back to Chicago. On July 22, 2026, the defendant contacted his officer in the Central District of California again and reported he had just arrived in Charlotte, NC, to visit his mother. Mr. Smith added he plans to stay with his mother until August 1, 2026.

3. On August 7, 2026, this officer contacted the defendant who conveyed he remains in North Carolina, and he plans to return to Chicago in a few weeks. Additionally, the defendant provided documentation that he was assessed for drug treatment on July 28, 2026, while in North Carolina. The assessment noted the defendant does not require drug treatment. The report further noted the defendant provided a urine sample which tested negative.

4. This officer contacted the Pretrial Services office in the Northern District of Illinois and

informed them the defendant plans to move back to the Chicago area. They indicated they would accept courtesy supervision if the travel condition is modified.

5. AUSA Louis D. Lappen, and Defense Counsel for the defendant, Rocco Cipparone, noted no objections to the below bail modification.

PRAYING THAT THE COURT WILL ORDER the defendant's travel be restricted to the Northern District of Illinois, unless approved by Pretrial Services. Further, the defendant is permitted to travel to the Eastern District of Pennsylvania for court purposes.

ORDER OF COURT

Considered and ordered this 12th day of August, 2026 and ordered filed and made a part of the records in the above case.

/s/Nitza I. Quinones Alejandro

The Honorable Nitza I. Quiñones Alejandro
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Phillip Harris

Supervisory U.S. Pretrial Services Officer
Phillip Harris

Place: Philadelphia

Date: August 11, 2026