IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: SEPTEMBER 16, 2026

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 26-23-3 |

**SHANE HENNEN**
360 E. Desert Inn Road
Apt 807
Las Vegas, NV 89109

## NOTICE OF HEARING

Take notice the defendant is **SCHEDULED** for **CHANGE OF PLEA** hearing on **October 14, 2026, at 2:30 P.M.,** before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmates:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Nicole Phillippi
Courtroom Deputy to J. Quiñones
Phone: 267 299-7461

cc via email: Coley O. Reynolds, Esquire c/o Defendant
Jerome M. Maiatico, AUSA
Louis D. Lappen, AUAS
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator