**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NOS. 26-23 & 26-99** |
| | : | |
| **JALEN SMITH** | : | |

---

**SUPPLEMENT TO DEFENDANT JALEN SMITH'S SENTENCING MEMORANDUM APPENDIX**

---

This document contains an additional character letter on behalf of Mr. Smith which inadvertently was omitted from the Appendix when submitted.

August 28, 2026

To the Honorable Court,

My name is Vernon Maxwell, and I am writing this letter on behalf of Jalen Smith, whom I have known for many years through his family. I understand that Jalen is currently facing legal proceedings, and I am submitting this letter to share my honest perspective on his character and the positive impact he has had on our community.

For overdecades, Jalen has volunteered his time to work with the younger players in our community, offering mentorship, guidance, and support both on and off the court. This past summer, he continued that commitment by working directly with our younger athletes, helping to sharpen their skills while also taking the time to sit down with them individually and offer real, practical advice about life beyond the game.

What has always stood out to me about Jalen is his ability to connect with young people in a way that genuinely reaches them. He speaks with a cadence, tone, and understanding of how to communicate with this generation that makes his words land. He does not simply lecture; he motivates and persuades, and the young people he works with listen to him because they trust him and respect him. I have watched him do this consistently for years, and the results speak for themselves in the number of kids who have looked up to him and been positively influenced by his guidance.

I want to be candid with the Court: I am aware that Jalen has made mistakes, and I do not write this letter to excuse them. What I can speak to is the man I have come to know through our many conversations, including recent ones in which he has been honest and reflective about the situation he put himself in. Jalen has expressed real remorse to me, and he has talked openly about wanting to make up for his mistakes, not just in words but through continued action in service of the community that has supported him for so long.

It is my genuine belief that Jalen Smith has far more to offer this community than the circumstances that have brought him before this Court. I respectfully ask that his decades of mentorship, his consistent presence in the lives of young people who needed guidance, and his sincere efforts to take accountability be taken into consideration.

Thank you for your time and consideration.

Respectfully,

Vernon Maxwell