IN THE UNITED STATES DISTRICT COURT.

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AIMERICA :

: CRIMNAL CASE: **2:26-cr-00023-NIQA-10**

MR. SHAWN FULCHER

---

# ORDER

AND NOW THIS__________day of__________________, 2026, upon consideration of Defense First Motion for a Continuance of Sentencing, this Court finds that under 18U.S.C. 3161 (h) (7), a continuance outweighs the best interests of the public and the defendant of a speedy trial, which the defendant waives, and this motion being unopposed by the government, is hereby Granted.

It is hereby Ordered and Decreed that said Sentencing be continued from the date of November 17, 2026, with a new date be set accordingly.

BY THE COURT:

____________________________________

HONORABLE NITZA 1. QUINONES ALEJANDRO

IN THE UNITED STATES DISTRICT COURT.

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AIMERICA :

: CRIMNAL CASE: **2:26-cr-00023-NIQA-10**

MR. SHAWN FULCHER

DEFENSE FIRST MOTION TO CONTINUE SENTENCING DUE TO JURY CHILD ABUSE, CORRUPTION OF MINOR, AND ENDANGEERING WELFARE JURY CASE COMMENCING 11/17/2026

I, Angelo L. Cameron, Esq., on behalf of the defendant, Mr. Shawn Fulcher, in the above-captioned case, respectfully moves this Honorable Court: to continue the Sentencing date of November 17, 2026.

1) Defense Counsel is attached on a Child Abuse, Corruption of Minor and Endangering the Welfare of Children Jury Trial commencing, on November 17, 2026. (See attached Docket attached as Exhibit "A").

2) The trial has subpoenaed Child Advocates and Commonwealth witnesses to prosecute said case.

3) Defense Counsel believes that under 18 U.S.C. 3161 (h) (7), the Court will find a continuance is in the best interests of the public and the defendant waives speedy trial.

4) This motion is unopposed by the government.

WHEREFORE, Defense Counsel respectfully requests this Honorable Court to grant said Motion.

Respectfully submitted,

/s/Angelo L. Cameron, Esquire ALC 3813

A. Lee Cameron, LLC
By: Angelo L. Cameron, Esquire
Identification No. 51058
100 South Broad Street, Suite 1830
Philadelphia, PA 19110
(215) 880-5162 -Telephone

Aleecameron1830@yahoo.com

10/30/2026

# EXHIBIT "A"

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0002446-2026**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Jupiter Mark



## CASE INFORMATION

Judge Assigned: Lightsey, Chesley

Date Filed: 04/17/2026 Initiation Date: 04/17/2026

OTN: U 355967-3 LOTN:

Originating Docket No: MC-51-CR-0006002-2026

Initial Issuing Authority: The Honorable Vincent W. Furlong

Final Issuing Authority:

Arresting Agency: Philadelphia Pd

Arresting Officer: Haselbarth, Patrick

Complaint/Citation No.: 2607003334-0006002

Incident Number: 2607003334

County: Philadelphia

Township: Philadelphia City

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Originating Docket Number | MC-51-CR-0006002-2026 |
| District Control Number | 2607003334 |
| Originating Document Number | 2607003334-0006002 |

## STATUS INFORMATION

Case Status: Active

Arrest Date: 04/03/2026

| Status Date | Processing Status |
|---|---|
| 09/15/2026 | Awaiting Trial Readiness Conference |
| 04/28/2026 | Awaiting Pre-Trial Conference |
| 04/17/2026 | Awaiting Filing of Information |

Complaint Date: 04/03/2026

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/30/2026 | 11:00 am | 1104 | Trial Commissioner Kevin McFadden | Scheduled |
| Pre-Trial Conference | 05/20/2026 | 9:00 am | 902 | Judge Donna Woelpper | Scheduled |
| Pretrial Bring Back | 05/26/2026 | 9:00 am | 902 | Judge Donna Woelpper | Continued |
| Pretrial Bring Back | 06/02/2026 | 9:00 am | 902 | Judge Donna Woelpper | Scheduled |
| Surrender | 06/16/2026 | 9:00 am | 902 | Judge Donna Woelpper | Continued |
| Surrender | 06/30/2026 | 9:00 am | 902 | Judge Donna Woelpper | Scheduled |
| Pretrial Bring Back | 07/31/2026 | 9:00 am | 902 | Judge Donna Woelpper | Continued |
| Pretrial Bring Back | 09/04/2026 | 9:00 am | 902 | Judge Donna Woelpper | Scheduled |
| Jury Trial | 09/15/2026 | 9:00 am | 602 | Judge Chesley Lightsey | Continued |
| Trial Readiness Conference | 11/09/2026 | 9:00 am | 602 | Judge Chesley Lightsey | Scheduled |
| Jury Trial | 11/17/2026 | 9:00 am | 602 | Judge Chesley Lightsey | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth: 05/10/1975 City/State/Zip: Philadelphia, PA 19135



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0002446-2026**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Jupiter Mark



### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Mark, Jupiter |

### BAIL INFORMATION

**Mark, Jupiter** — **Nebbia Status: None**

| Bail Action | Date | Bail Type | Originating Court | Percentage | Amount |
|---|---|---|---|---|---|
| Set | 04/04/2026 | Monetary | Municipal Court | 10.00% | $350,000.00 |
| Set | 04/17/2026 | Monetary | Common Pleas | 10.00% | $10,000.00 |

| Surety Type | Surety Name | Posting Status | Posting Date | Security Type | Security Amt |
|---|---|---|---|---|---|
| Self | Mark, Jupiter | Modified | 04/16/2026 | Cash | $1,000.00 |
| Self | Mark, Jupiter | Posted | 04/17/2026 | Cash | $1,000.00 |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | **18 § 6318** | Unlawful Contact w/ Minor- Sexual Offenses | 02/02/2026 | U 355967-3 |
| 2 | 2 | | **18 § 4304** | Endangering Welfare of Children - Parent/Guardian/Other Commits Offense | 02/02/2026 | U 355967-3 |
| 3 | 3 | | **18 § 6301** | Corruption Of Minors - Defendant Age 18 or Above | 02/02/2026 | U 355967-3 |
| 4 | 4 | | **18 § 3126** | Indec Asslt-W/O Cons Of Other | 02/02/2026 | U 355967-3 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event — Disposition Date — Final Disposition
Sequence/Description — Offense Disposition — Grade — Section
Sentencing Judge — Sentence Date — Credit For Time Served
Sentence/Diversion Program Type — Incarceration/Diversionary Period — Start Date
Sentence Conditions

| Case Event / Sequence/Description | Disposition Date / Offense Disposition | Final Disposition / Grade | Section |
|---|---|---|---|
| **Lower Court Proceeding (generic)** | | | |
| Preliminary Hearing | 04/16/2026 | Not Final | |
| 1 / Unlawful Contact w/ Minor- Sexual Offenses | Held for Court | | 18 § 6318 |
| 2 / Endangering Welfare of Children - Parent/Guardian/Other Commits Offense | Held for Court | | 18 § 4304 |
| 3 / Corruption Of Minors - Defendant Age 18 or Above | Held for Court | | 18 § 6301 |
| 4 / Indec Asslt-W/O Cons Of Other | Held for Court | | 18 § 3126 |
| **Proceed to Court** Defendant Was Not Present | | | |
| Information Filed | 04/23/2026 | Not Final | |
| 1 / Unlawful Contact w/ Minor- Sexual Offenses | Proceed to Court | | 18 § 6318 |
| 2 / Endangering Welfare of Children - Parent/Guardian/Other Commits Offense | Proceed to Court | | 18 § 4304 |
| 3 / Corruption Of Minors - Defendant Age 18 or Above | Proceed to Court | | 18 § 6301 |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

Docket Number: CP-51-CR-0002446-2026

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Jupiter Mark



### DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event — Disposition Date — Final Disposition
Sequence/Description — Offense Disposition — Grade — Section
Sentencing Judge — Sentence Date — Credit For Time Served
Sentence/Diversion Program Type — Incarceration/Diversionary Period — Start Date
Sentence Conditions

| Sequence/Description | Offense Disposition | Grade | Section |
|---|---|---|---|
| 4 / Indec Asslt-W/O Cons Of Other | Proceed to Court | | 18 § 3126 |

### COMMONWEALTH INFORMATION

Name:

Supreme Court No:

### ATTORNEY INFORMATION

Name: Angelo Leroy Cameron
Private

Supreme Court No: 051058

Rep. Status: Active

Phone Number(s):
215-880-5162 (Phone)
215-880-5162 (Mobile)

Address:
100 S Broad St Ste 1830
Philadelphia, PA 19110-1008

Representing: Mark, Jupiter

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/17/2026 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 3 | 04/17/2026 | | Furlong, Vincent W. |
| Bail Set - Mark, Jupiter | | | |
| 4 | 04/17/2026 | | Mark, Jupiter |
| Bail Posted - Mark, Jupiter | | | |
| 1 | 04/23/2026 | | Krasner, Larry |
| Information Filed | | | |
| 3 | 04/28/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

**DOCKET**

**Docket Number: CP-51-CR-0002446-2026**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Jupiter Mark



**ENTRIES**

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 04/28/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 2 | 05/20/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 05/20/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 6 | 05/20/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 7 | 05/20/2026 | | Woelpper, Donna |
| Defense Request For Continuance For Further Investigation | | | |
| 4 | 05/26/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 05/26/2026 | | Woelpper, Donna |
| Order Granting Motion for Continuance | | | |
| 2 | 06/02/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 3 | 06/02/2026 | | Woelpper, Donna |
| Order Granting Motion for Continuance<br>Pretrial Electronic Monitoring<br>06/02/2026 | | | |
| 3 | 06/16/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 4 | 06/16/2026 | | Woelpper, Donna |
| Order Granting Motion for Continuance | | | |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

DOCKET

Docket Number: CP-51-CR-0002446-2026

## CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania
v.
Jupiter Mark



ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 06/30/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 4 | 06/30/2026 | | Woelpper, Donna |
| Order Granting Motion for Continuance | | | |
| 5 | 06/30/2026 | | Court of Common Pleas - Philadelphia County<br>Woelpper, Donna |
| Short Certificate<br>Pretrial Electronic Monitoring<br>06/30/2026 | | | |
| 4 | 07/31/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 07/31/2026 | | Woelpper, Donna |
| Order Granting Motion for Continuance | | | |
| 4 | 09/04/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 09/04/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 6 | 09/04/2026 | | Woelpper, Donna |
| Pre-Trial Conference Held | | | |
| 2 | 09/15/2026 | | Lightsey, Chesley |
| Scheduling Conference Held | | | |
| 4 | 09/15/2026 | | Court of Common Pleas - Philadelphia County<br>Lightsey, Chesley |
| Short Certificate<br>CP Attorney Attachments | | | |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

DOCKET

**Docket Number: CP-51-CR-0002446-2026**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Jupiter Mark



## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 09/15/2026 | | | |
| 8 | 09/15/2026 | | Court of Common Pleas - Philadelphia County |
| Counsel Attached for Trial | | | |
| 9 | 09/15/2026 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

## CASE FINANCIAL INFORMATION

Last Payment Date: Total of Last Payment:

| | Assessment | Payments | Adjustments | Non Monetary Payments | Balance |
|---|---|---|---|---|---|
| **Mark, Jupiter** Defendant | | | | | |
| **Costs/Fees** | | | | | |
| Bail Bond (Philadelphia) | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Costs/Fees Totals: | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Grand Totals: | $10.00 | $0.00 | ($10.00) | $0.00 | $0.00 |

** - Indicates assessment is subrogated



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# CERTIFICATE OF COMPLIANCE

I, Angelo L. Cameron, Esquire, do certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

/s/Angelo L. Cameron, Esquire ALC 3813
A. Lee Cameron, LLC
By: Angelo L. Cameron, Esquire
Identification No. 51058 100 South
Broad Street, Suite 1830
Philadelphia, PA 19110
(215) 880-5162 – Tel.#
(215) 564-3070- Facsimile

Aleecameron1830@yahoo.com

# VERIFICATION

I, Angelo L. Cameron, Esquire the counsel for defendant being duly sworn according to law depose and say that the facts set forth in the foregoing Motion are true and correct to the best of my knowledge, information and belief.

This statement is taken pursuant to 18 Ps. C.S. Sec. 4904 relating to unsworn falsification Authorities.

/s/Angelo L. Cameron, Esquire ALC 3813

10/30/2026

CERTIFICATE OF SERVICE

I, Angelo L. Cameron, Esquire, do hereby certify that on 10/30/026, a true and correct copy of the Defense Motion to Continue Sentencing and Proposed Order has been served with the Clerk of Court via the Court's Electronic Filing (ECF) system, which sent notification to Louis D. Lappen and Jerome Maiatico, Assistant United States Attorneys, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106, via their respective email addresses.

/s/Angelo L. Cameron, Esquire ALC 3813

A. Lee Cameron, LLC
By: Angelo L. Cameron, Esquire
Identification No. 51058
100 South Broad Street, Suite 1830
Philadelphia, PA 19110
(215) 880-5162 - Telephone
(215)564-3070-Fax
aleecameron1830@yahoo.com

10/30/2026