**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 26-0023-10** |
| | : | |
| **SHAWN FULCHER** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 3rd day of November 2026, upon consideration of Defendant Shawn Fulcher's unopposed *first motion for a continuance of sentencing,* [DOC 384], and for good cause shown, it is hereby **ORDERED** that motion is **GRANTED**. Accordingly, consistent with this Court's calendar, Defendant's sentencing hearing is rescheduled for March 8, 2027, at 11:30 A.M., in Courtroom 8-B, in the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*