IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: NOVEMBE 18, 2026

UNITED STATES OF AMERICA : CRIMINAL ACTION

v. :

: NO. 26-23-10

**SHAWN FULCHER** (10)
Out of Custody

**NOTICE OF HEARING**

Take notice the defendant is **RESCHEDULED** for **SENTENCING** hearing on **January 20, 2027, at 1:30 P.M.,** before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmates:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☒ **Hearing rescheduled from: March 8, 2027**

For additional information, please contact the undersigned.

By: Nicole Phillippi
Courtroom Deputy to J. Quiñones
Phone: 267 299-7461

cc via email: Angelo L. Cameron, Esquire c/o Defendant
Louis D. Lappen, AUSA
Jerome M. Maiatico, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator